# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bergman et al.,

Plaintiff(s),

v.

United Airlines, Inc. et al

Defendant(s).

Case No. 12-cv-07040
Judge John J. Tharp Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: judgment is entered in favor of the defendants United Airlines, Inc. and United Continental Holdings, Inc., and against plaintiffs James A. Bergman and Kathleen M. Lynch on behalf of themselves and others similarly situated.

This action was *(check one)*:

☐ tried by a jury with Judge                              presiding, and the jury has rendered a verdict.
☐ tried by Judge                            without a jury and the above decision was reached.
☑ decided by Judge John J. Tharp Jr.         on a motion to dismiss.

Date: 06/18/2014         Thomas G. Bruton, Clerk of Court

Alberta Rone          , Deputy Clerk