IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES A. BERGMAN and | ) | |
| KATHLEEN M. LYNCH, | ) | Case No. 12-cv-07040 |
| on behalf of themselves and | ) | |
| all others similarly situated, | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED AIRLINES, INC. and | ) | |
| UNITED CONTINENTAL | ) | |
| HOLDINGS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is given that Plaintiffs James A. Bergman and Kathleen M. Lynch, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on June 18, 2014 [Dkt. 47].

Dated: July 16, 2014                               Respectfully submitted,

                                                  /s/ Hank Bates
                                                  Joseph Henry (Hank) Bates, III
                                                  **CARNEY, BATES & PULLIAM, PLLC**
                                                  11311 Arcade Drive, Suite 200
                                                  Little Rock, AR  72212
                                                  Tel:  (501) 312-8500
                                                  Fax:  (501) 312-8505
                                                  hbates@cbplaw.com

>	Jennifer W. Sprengel
>	**CAFFERTY CLOBES MERIWETHER**
>	    **& SPRENGEL, LLP**
>	30 N. LaSalle Street, Suite 3200
>	Chicago, IL 60602
>	Tel:  (312) 782-4880
>	Fax:  (312) 782-4485
>	jsprengel@caffertyclobes.com
>
>	*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

>	/s/ Hank Bates
>	Joseph Henry (Hank) Bates, III